**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

LUIS ANGEL PARILLA SANES,

    Petitioner,

        v.

UNITED STATES OF AMERICA,

    Respondent.

Civ. NO. 02-2529 (PG)
(Re: Crim No. 98-123)

### JUDGMENT

WHEREFORE, it is hereby ORDERED AND ADJUDGED that this case be dismissed with prejudice.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, January 25, 2006.

                                            S/JUAN M. PEREZ-GIMENEZ
                                            U. S. DISTRICT JUDGE