IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. PARRILLA SANES
PETITIONER

V.                                           CASE NO. 3:98CR0123-001

UNITED STATES OF AMERICA
RESPONDENT

COMES NOW PRO SE PETITIONER LUIS A. PARRILLA SANES AND MOST RESPECTFULLY PRAYS FROM THIS HONORABLE COURT THE FOLLOWING:

A) PETITIONER WAS SENTENCED ON SEPTEMBER 17, 1999 TO A TERM OF IMPRISONMENT OF 292 MONTHS.
B) PETITIONER HAS NOW COMPLETED 110 MONTHS OF THIS SENTENCE WITH EXCELLENT WORK AND CONDUCT REPORTS.
C) PETITIONER IS A FIRST TIME OFFENDER WITH EXCELLENT FAMILY TIES AND DOES NOT HAVE ANY PENDING DETAINERS WITH EITHER THE FEDERAL OR STATE GOVERNMENTS.
D) PETITIONER IS THE MAIN ECONOMIC PROVIDER OF HIS FAMILY.
E) WHILE INCARCERATED, PRO SE PETIONER HAS BEEN INVOLVED IN SEVERAL SELF IMPROVEMENT COURSES. (COPIES INCLUDED)
F) PETITIONER TRULY BELIEVES THAT, ALTHOUGH NOT THE SOLE REASON FOR BECOMING INVOLVED IN THIS CRIMINAL ACTIVITY, ONE OF THE REASONS FOR IT WAS HIS ADDICTION TO ALCOHOL.

FOR ALL OF THE ABOVE AND BECAUSE OF HIS SINCERE DESIRE TO IMPROVE HIMSELF, PRO SE PETITIONER LUIS PARRILLA SANES IS HEREBY MOST RESPECTFULLY REQUESTING FROM THIS HONORABLE COURT TO ISSUE A RECOMMENDATION SO THAT IN THE FUTURE HE CAN ENTER THE 500 HOUR RESIDENTIAL DRUG/ALCOHOL PROGRAM.. PETITIONER BELIEVES THAT HE CAN STILL BECOME A USEFUL AND PRODUCTIVE MEMBER OF SOCIETY AND THAT IS THE MAIN REASON FOR THIS PRO-SE PETITION WHICH PETITIONER PRAYS THAT THIS COURT GIVES THE MOST FAVORABLE CONSIDERATION.

RESPECTFULLY SUBMITTED,

*[signature]*

LUIS ANGEL PARRILLA SANES          PRO-se petitioner
15611-069
P.O. BOX 779800
FEDERAL CORRECTIONAL INSTITUTION
MIAMI, FL.   33177