

# Certificate of Achievement

awarded to

## Luis A. Parrilla

FOR THE SUCCESSFUL COMPLETION OF THE

### BEGINNING LEATHER CRAFTING

THROUGH THE LEISURE PROGRAM

This 12th day of July, 2000

Signed by Gió Ramirez
Supervisor of Recreation



# Certificate of Achievement

awarded to:

## Luis Parrilla

**FOR THE SUCCESSFUL COMPLETION OF THE
ADVANCED LEATHERCRAFT
THROUGH THE LEISURE PROGRAM**

This 9th day of December 2001

Signed by Gio Ramirez
Supervisor of Recreation



*Certificate of Achievement*

awarded to:

Luis Parrilla

FOR THE SUCCESSFUL COMPLETION OF THE BEGINNING APPLIED
INSTRUMENTAL MUSIC CLASS THROUGH THE
LEISURE PROGRAM

THIS 6TH DAY OF SEPT. 2001

SIGNED BY GIO RAMIREZ
SUPERVISOR OF RECREATION



# Certificate of Achievement

awarded to:

**Luis Parrilla**

FOR THE SUCCESSFUL COMPLETION OF THE
INTERMEDIATE APPLIED INSTRUMENTAL MUSIC
THROUGH THE MUSIC PROGRAM

This 9th day of December 2001

Signed by Gio Ramirez
Supervisor of Recreation