LUIS ANGEL PARRILLA SANES
15611-069
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
MIAMI, FL. 33177

HONORABLE JUAN PEREZ GIMENEZ
U.S. DISTRICT COURT
FEDERAL OFFICE BUILDING CHARDON ST.
HATO REY, PUERTO RICO 00918

ATTENTION: CLERKS OFFICE